# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 209.237.194.124 | Dataframe Logistics | 2011-03-19 05:49:13 AM |
| 68.164.80.195 | Covad Communications | 2011-03-30 06:18:48 PM |
| 68.4.79.84 | Cox Communications | 2011-03-14 03:25:57 AM |
| 71.246.59.242 | Verizon Online | 2011-03-25 02:32:56 PM |
| 71.95.45.233 | Charter Communications | 2011-03-10 07:24:36 PM |
| 75.83.195.181 | Road Runner HoldCo | 2011-03-10 07:24:36 PM |
| 76.102.21.7 | Comcast Cable Communications | 2011-03-30 03:01:40 PM |
| 76.103.175.98 | Comcast Cable Communications | 2011-03-18 11:09:31 PM |
| 76.172.208.206 | Road Runner HoldCo | 2011-03-16 01:57:51 AM |
| 76.220.52.211 | AT&T Internet Services | 2011-03-22 04:22:29 PM |
| 76.29.173.100 | Comcast Cable Communications | 2011-03-30 04:32:05 AM |
| 76.91.247.83 | Road Runner HoldCo | 2011-03-17 02:25:54 PM |
| 98.119.157.191 | Verizon Online | 2011-03-30 06:18:47 PM |
| 98.164.216.210 | Cox Communications | 2011-03-15 07:07:50 AM |
| 98.210.192.142 | Comcast Cable Communications | 2011-03-15 07:07:50 AM |