**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MILLENNIUM TGA, INC.,

        Plaintiff(s),

 v.

DOES 1-21,

        Defendant(s).

No. C-11-2258 SC

    YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** scheduled for **August 26, 2011** before the Honorable Samuel Conti. The conference has been reset for **December 9, 2011 at 10:00 a.m.** Parties are to file one Joint Case Management Conference Statement seven days prior to the conference.

    Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 26, 2011

                              FOR THE COURT,
                              Richard W. Wieking, Clerk
                              By:   T. De Martini
                                   Courtroom Deputy